# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed in consideration of any plan for proposed construction of border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-9042

Owner: CITY OF LAREDO, TEXAS

Acres: 933.542

As identified in the General Warranty Deed Volume 1473, Page 775, Document #: 2016-328916, recorded on March 22, 2016, in the deed records of Starr County:

A tract of land consisting of 933.542 acres situated in the County of Starr, Texas, Consisting of: 10.344 acres out of La Chicharra Banco 94, 16.676 acres out of Villarreales Segundo Banco 136, according to the plat thereof recorded in Volume 1, Page 6, Map Records of Bancos, Starr County, Texas, 3.962 acres out of tract 184, 101.483 acres out of tract 175, Porcion 95, Ancient Jurisdiction of Camargo, Mexico, now Starr County, Texas, and 801.077 acres out of Porcion 96, Ancient Jurisdiction of Camargo, Mexico, now Starr County, Texas, which said 933.542 acres were  conveyed to Annette K. Berry, Sharon E. Katz and Carol K. Fisherman by virtue of a Warranty Deed thereof recorded in Volume 565, Page 227, Starr County Deed Records, said 933.542 acres also being more particularly described as follows:

BEGINNING  at a No. 4 rebar set on the Southwest  corner of Tract 175, Southeast corner of Tract 180 and on the North line of Tract 183, Porcion 95, Ancient Jurisdiction of Camargo, Mexico, now Starr County, Texas, for the Southwest corner of this herein described tract;

1.  THENCE, N 28° 30' 14" E along a West line of said Tract 175 and an East line of said Tract 180, a distance of 701.50 feet to a No. 4 rebar set for an angle point of this tract;

2.  THENCE, N 29° 28' 14" E along a West  line of said Tract 175, an East line of said Tract 180 and an East line of Tract 174, at a distance of 263.85 feet pass the Northeast corner of said Tract 1BO and the Southeast corner of said Tract 174, continuing a total distance of 804.30 feet to a No. 4 rebar set for an angle point of this tract;

3.  THENCE,  N 34° 31' 14" E along a West line of said Tract 175, an East line of said Tract 174 and an East line of Tract 171, at a distance of 249.87 feet pass the

Northeast corner of said Tract 174 and the Southeast corner of said Tract 171, continuing a total distance of 595.00 feet to a No. 4 rebar set for an angle point of this tract;

4. THENCE, N 29° 42' 14" E along a West line of said Tract 175 and an East line of said Tract 171, a distance of 1,133.08 feet to a No. 4 rebar set on the Northwest corner of said Tract 175, the Northeast corner of said Tract 171 and a South line of said Los Villarreales Banco 136, for an outside corner of this tract;

5. THENCE, S 89° 15' 00" E along the North line of said Tract 175 and a South line of said Los Villarreales Banco 136, at a distance of 789.40 feet pass the Northeast corner of said Tract 175 and the East line of said Porcion 95 and the West line of Porcion 96, Ancient Jurisdiction of Camargo, Mexico, now Starr County, Texas, continuing a total distance of 1,244.51 feet to a No. 4 rebar set on a South line of said Los Villarreales Banco 136, for an outside corner of this tract;

6. THENCE, S 75° 53' 00" E along a South line of said Los Villarreales Banco 136, a distance of 544.42 feet to a No. 4 rebar set on a South line of said Los Villarreales Banco 136, for an inside corner of this tract;

7. THENCE, N 30° 13' 46" E a distance of 491.97 feet to a No. 4 rebar set for an angle point of this tract;

8. THENCE, N 26° 35' 59" E a distance of 177.50 feet to a No. 4 rebar set for an outside corner of this tract;

9. THENCE, N 42° 25' 59" E a distance of 296.97 feet to a No. 4 rebar set on a North line of said Los Villarreales Banco 136, for an inside corner of this tract;

10. THENCE, N 43° 51' 00" W along a North line of said Los Villarreales Banco 136, a distance of 1,294.47 feet to a No. 4 rebar set on a North line of said Los Villarreales Banco 136, for an outside corner of this tract;

11. THENCE, N 17° 16' 00" W along a North line of said Los Villarreales Banco 136, a distance of 708.75 feet to a No. 4 rebar set (Northing: 16619170.622, Easting: 939016.259) on a North line of said Los Villarreales Banco 136, the West line of said Porcion 96, the East line of said Porcion 95, and the Southeast corner of Tract 170, for an outside corner of this tract;

12. THENCE, N 09° 20' 59" E along the West line of said Porcion 96 and the East lines of Tracts 170,155,139,141,136 and 137, Porcion 95, at a distance of

1,945.83 feet pass the Northeast corner of said Tract 170 and the Southeast corner of said Tract 155, at a distance of 2,637.07 feet pass the Northeast corner of said Tract 155 and the Southeast corner of said Tract 139, at a distance of 2,837.79 feet pass an outside corner of said Tract 139 and the Southeast corner of said Tract 141, at a distance of 5,337.42 feet pass the Northeast corner of said Tract 141 and the Southeast corner of said Tract 136, at a distance of 7,190.56 feet pass a No. 4 rebar found on an outside corner of said Tract 136, and the Southeast corner of said Tract 137, at a distance of 8,138.06 feet pass an Iron Pipe found at the Northeast corner of said Tract 137 and on an outside corner of said Tract 136, continuing a total distance of 9,586.43 feet to a No. 4 rebar set (Northing: 16628629.697, Easting: 940573.669) on the Northeast corner of said Tract 136, on the West line of said Porcion 96 and the East line of said Porcion 95, and on the apparent South right-of-way line of Old Military Road, for the Northwest corner of this tract;

13. THENCE, S 72° 07' 01" E along the apparent South right-of-way line of Old Military Road, a distance of 2,788.85 feet to a No. 4 rebar set on the apparent South right-of- way line of Old Military Road, for the Northeast corner of this tract;

14. THENCE, S 09° 22' 59" W along the East line of said Porcion 96 and the West line of Porcion 97, Ancient Jurisdiction of Camargo, Mexico, now Starr County, Texas, at a distance of 7,792.23 feet pass a No. 4 rebar set on the East line of said Porcion 96 and the West line of said Porcion 97 and on a North line of La Chicharra Banco 94, at a distance of 8,615.23 feet pass a No. 4 rebar set for a South line of said La Chicharra Banco 94, continuing a total distance of 9,385.33 feet to a No. 4 rebar set on the Southwest corner of Porcion 97, for an outside corner of this tract;

15. THENCE, S 39° 46' 59″ W along the East line of said Porcion 96, a distance of

    114.04 feet to a No. 4 rebar set for an angle point of this tract;

16. THENCE, S 32° 36' 59" W along the East line of said Porcion 96, a distance of

    400.00 feet to a No. 4 rebar set for an angle point of this tract;

17. THENCE, S 19° 59' 59" W along the East line of said Porcion 96, a distance of

    479.34 feet to a No. 4 rebar set for an outside corner of this tract;

18. THENCE, along the high bank of the Rio Grande River as follows:

S 49° 16' 27" W a distance of 376.45 feet to a No. 4 rebar set for an angle point of this tract;

S 41° 09' 47" W a distance of 128.61 feet to a No. 4 rebar set for an angle point of this tract;

S 34° 07' 24" W a distance of 90.87 feet to a No. 4 rebar set for an angle point of this tract;

S 29° 26' 42" W a distance of 319.60 feet to a No. 4 rebar set for an angle point of this tract;

S 32° 21' 27" W a distance of 199.04 feet to a No. 4 rebar set for an angle point of this tract;

S 13° 25' 14" W a distance of 338.67 feet to a No. 4 rebar set for an angle point of this tract;

S 16° 23' 20" W a distance of 160.45 feet to a No. 4 rebar set for an angle point of this tract;

S 03° 46' 57" W a distance of 491.18 feet to a No. 4 rebar set for an angle point of this tract;

S 01° 15' 08" W a distance of 1,602.50 feet to a No. 4 rebar set for the Southeast corner of this tract;

S 21° 28' 59" W a distance of 169.81 feet to a No. 4 rebar set for an angle point of this tract;

S 29° 17' 39" W a distance of 157.02 feet to a No. 4 rebar set for an angle point of this tract;

S 48° 17' 37" W a distance of 324.29 feet to a No. 4 rebar set for an angle point of this tract;

S 59° 21' 27" W a distance of 145.92 feet to a No. 4 rebar set for an angle point of this tract;

S 64° 34' 38" W a distance of 237.71 feet to a No. 4 rebar set for an angle point of this tract;

S 76° 39' 02" W a distance of 158.49 feet to a No. 4 rebar set for an angle point of this tract;

N 89° 27' 35" W a distance of 185.03 feet to a No. 4 rebar set for an angle point of this tract;

S 80° 10' 13" W a distance of 179.16 feet to a No. 4 rebar set for an angle point of this tract;

N 83° 20' 38" W a distance of 200.22 feet to a No. 4 rebar set for an angle point of this tract;

N 88° 03' 40" W a distance of 253.36 feet to a No. 4 rebar set for an angle point of this tract;

N 80° 50' 57" W a distance of 150.24 feet to a No. 4 rebar set for an angle point of this tract;

N 87° 45' 31" W a distance of 370.42 feet to a No. 4 rebar set for an angle point of this tract;

S 88° 41' 26" W a distance of 73.14 feet pass the West line of said Porcion 96 and the East line of said Porcion 95, continuing a total distance of 144.26 feet to a No. 4 rebar set for an angle point of this tract;

S 81° 22' 23 " W a distance of 163.27 feet to a No. 4 rebar set for an angle point of this tract;

N 76° 53' 13" W a distance of 177.08 feet to a No. 4 rebar set for an angle point of this tract;

S 83° 47' 02" W a distance of 166.68 feet to a No. 4 rebar set for an angle point of this tract;

S 71° 30' 03" W a distance of 128.55 feet to a No. 4 rebar set on the West line of said Tract 184 and an East line of said tract 183, for an outside corner of this tract;

19. THENCE, N 09° 16' 14" E along the West line of said Tract 184 and the East line of said Tract 183, a distance of 367.60 feet to a No. 4 rebar set on the Northwest corner of said Tract 184 and the Northeast corner of said Tract 183, and on a South line of said Tract 175, for an inside corner of this tract;

20. THENCE, N 84° 13' 46" W along the South line of said Tract 175 and a North line of said Tract 183, a distance of 391.1O feet to a No. 4 rebar set on an angle point of said Tracts 175 and 183, for an angle point of this tract;

21. THENCE, N 59° 15' 46" W along a North line of said Tract 183 and South line of said Tract 175, a distance of 139.00 feet to a No. 4 rebar set on an inside corner of said Tract 183 and on an outside corner of said Tract 175, for an outside corner of this tract;

22. THENCE, N 22° 45' 14" E along a line of said Tracts 175 and 183, a distance of
    51.00 feet to a No. 4 rebar set on an inside corner of said Tract 175 and an outside corner of said Tract 183, for an inside corner of this tract;

23. THENCE, N 75° 04' 46" W along a North line of said Tract 183 and a South line of said Tract 175, a distance of 799.00 feet to the POINT OF BEGINNING and containing 933.542 acres of land, more or less.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



Tract:  RGV-RGC-9042

Owner:  CITY OF LAREDO, TEXAS.

Acreage:  933.542

* The case caption identifies acreage for the entire parent tract; access to the entire parent tract may be necessary to complete a survey of the proposed tract outlined in red on the map above.

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-9042

Owner:  CITY OF LAREDO, TEXAS

Acres:  933.542

The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 12 months later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the land described in Schedule C to survey, make borings, and conduct other investigatory work for the purposes described in Schedule B and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is ONE HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto; and an additional sum determined at the conclusion of the temporary estate described in Schedule E to constitute actual damages, if any.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| CITY OF LAREDO, TEXAS | **RGV-RGC-9042**<br>As identified in the General Warranty Deed, Volume 1473, Page 775, Document # 2016-328916, Recorded March 22, 2016 |